# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br><br>COLTON LEE SHAMBO,<br><br>             Defendant. | CR-18-54-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 17, 2024. (Doc. 77.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 16, 2024. (Doc.72.) The United States accused Colten Lee Shambo (Shambo) of violating his conditions of supervised release 1) by using methamphetamine; and 2) by failing to comply with his substance abuse testing. (Doc. 68.)

At the revocation hearing, Shambo admitted to having violated the conditions of his supervised release 1) by using methamphetamine; and 2) by failing to comply

with his substance abuse testing. (Doc. 72.) Judge Johnston found that the violations Shambo admitted are serious and warrants revocation of his supervised release and recommends a sentence of 6 months, with no supervised release to follow. Shambo was advised of his right to appeal and allocute before the undersigned and waived those rights. (Doc. 72.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 77) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Colten Lee Shambo be sentenced to the Bureau of Prison for 6 months with no supervised release to follow.

DATED this 18th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court